United States District Court
District of Massachusetts

Jeffrey E Simpson )  04-40216
    Plaintiff )
      vs. ) Docket No.
          )
Warden Winn, ) Federal Rules of Civil
Dr. Fletcher, ) Procedure - Rule 65
Dr. Haas, ) Preliminary Injunction
Dr. Harvey ) Verified Complaint
    Defendants )

Verified Statement

I Jeffrey E. Simpson Pro Se Plaintiff am confined at Devens Medical Facility upon my arrival at Devens I was using the prescription drugs Percocet 10 MG every 4 hours for severe back injury and Klonapin for severe panic attacks and anxiety ----- upon my arrival medical officials immediatly canceled my Percocet prescription without any diagnostic testing, my Klonapin has been slowly tapered off from 1.5 MG morning, 1.5 MG afternoon and 2 MG night to .5 MG morning and .5 at night as a result I suffer 2 panic attacks (approximate) a day ----- and continuious back pain

(1)

1. Defendant Warden Winn is the Chief Administrative Officer at Devens and is in part responsible for administering a policy or practice of disallowing certain types of medications.

2. Dr Haas is a Pyschiatrist and has slowly tapered my Klonapin as to render it ineffective and has attempted to replace it with several totally ineffective meds.

3. Dr Fletcher is the Mental Health Administrator at Devens and can change my treatment and reinstate my Klonapin prescription

4. Dr Harvey is a Medical Doctor at Devens whom has cancelled my Percocet medication and prescribed in its place ineffective pain meds.

5. After about 1 month of my continuous complaints of severe Back Pain Dr Harvey ordered an xray which shows possible scarring of the lower back.

(2)

6. I can confirme through several documented tests one occurring at Devens of severe panic attacks.

7. I suffer severe back pain daily the Defendants are aware but they refuse to prescribe an effective pain medication.

8. I suffer daily from severe panic attacks causing rapid heart beat, sweats, fear of death, breathlessness and chest pain. The Defendants refuse to prescribe effective medication.

9. The Defendants have been shown to be deliberately indefferent to my pain and suffering and have made no attempt to get my past medical files.

10. I am entitled to medical and mental health care which would be provided to me if I was a non prisoner.

(3)

Relief

Issue A Preliminary Injunction As Follows:

Order Dr. Haas And Dr Fletcher to Change My Klonapin Prescription Back to Its original Dosage 1.5 MG, 1.5 MG And 2 MG. X3

Order Dr Harvey to Prescribe 10 MGs of Percocet every 4 hours for Back Pain As original

I Jeffrey E Simpson Swear under Penalty of Perjury the Forgoing Statements Are true based upon My Knowledge And Belief

October 18, 2004

Jeffrey E. Simpson
#04394-036
FMC Devens
P.O. Box 880
Ayer MA. 01432

(4)