# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☒ DISTRICT X APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: J. SIMPSON v.s. WINN et al
FOR: Jeffrey E Simpson
AT: F.M.C. Devens

LOCATION NUMBER: 04394036

PERSON REPRESENTED (Show your full name): Jeffrey E. Simpson

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 X Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other — Preliminary Injunction

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) X Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now: ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment: 3/01
How much did you earn per month? $ 1400.00
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ ___ SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 28.70

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependants: 0
List persons you actually support and your relationship to them: 0

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: 0
Creditors: 0
Total Debt: 0
Monthly Paymt.: 0

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10-19-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

# STATEMENT OF INDIGENCY

## Request To Waver Or Defer Payments

I do hereby swear, under penalty of perjury, that the following information is true and correct.

I, **Jeffrey E. Simpson**, do assert that my income prevents me from paying any fees while incarcerated due to the fact that I only earn $ **0** [1] per month at my current work assignment.

By my not being able to afford to pay any unreasonable payments, it adversely affects my ability to research information which could help with any appeal or liberty interest. Any other payments that may have been made in the past have been made with the assistance of family members who cannot afford to help with, nor is it their responsibility to do so.

In the event a full waver of payments is not feasible, I would agree to, and fully intend to, pay the fees required. However, I would request a deferment of such payments until such time as I am on Supervised Release, at which time I will have an opportunity to obtain meaningful and gainful employment.

Respectfully submitted this **19** day of **October**, 2**004**.

Name: **Jeffrey Simpson**
Number: **04394-056**
F.M.C. Devens, Unit: **SHU-N1**
P.O. Box 879
Ayer, MA  01432

---

1. Please see copy of account for previous six (6) months.

# Inmate Statement



| Inmate Reg #: | 04394036 | Current Institution: | Devens FMC |
| --- | --- | --- | --- |
| Inmate Name: | SIMPSON, JEFFREY | Housing Unit: | N UNIT |
| Report Date: | 10/19/2004 | Living Quarters: | N01-107L |
| Report Time: | 1:21:46 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DEV | 10/14/2004 1:37:26 PM | 55 | | | Sales | ($7.10) | | $28.70 |
| DEV | 10/8/2004 1:55:59 PM | 53 | | | Sales | ($4.20) | | $35.80 |
| DEV | 10/7/2004 6:08:10 PM | ITS1007 | | | ITS Withdrawal | ($10.00) | | $40.00 |
| DEV | 10/7/2004 2:05:29 PM | 393 | | 1079411 | Local Collections | $50.00 | | $50.00 |

**Total Transactions: 4**

**Totals:** $28.70    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DEV | $28.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.70 |
| **Totals:** | **$28.70** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$28.70** |

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04394036 | Current Institution: | Devens FMC |
| Inmate Name: | SIMPSON, JEFFREY | Housing Unit: | N UNIT |
| Report Date: | 10/19/2004 | Living Quarters: | N01-107L |
| Report Time: | 1:20:52 PM | | |

General Information   |   Account Balances   |   Commissary History   |   Commissary Restrictions   |   Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7448 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 9/22/2004 |
| Local Account Activation Date: | 9/23/2004 4:18:45 AM |
| Sort Codes: | |
| Last Account Update: | 10/14/2004 1:37:26 PM |
| Account Status: | Active |
| ITS Balance: | $4.48 |

### FRP Plan Information

**FRP Plan Type**   **Expected Amount**   **Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $28.70 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $28.70 |
| National 6 Months Deposits: | $50.00 |
| National 6 Months Withdrawals: | $21.30 |
| National 6 Months Avg Daily Balance: | $15.32 |
| Local Max. Balance - Prev. 30 Days: | $50.00 |
| Average Balance - Prev. 30 Days: | $15.32 |