# 04-40216

United States District Court
District of Massachusetts

Jeffrey E Simpson )      Docket No.
                  )
        vs        ) Temporary Restraining
                  )      Order F.R.Civ.P.
Warden Winn et als ) Rule 65 (a)(b)

This is an order to show cause why Warden Winn, Dr Haas, Dr Fletcher and Dr Harvey have caused the Plaintiff severe back pain and panic attacks, due to their deliberate indifference to drugs prescribed to the Plaintiff by sound medical officials and the defendants depriving the Plaintiff of medications without referring to medical records or diagnostic testing. This order shall be granted/denied in Room _____ at the U.S. District Court 2300 U.S Courthouse, one Courthouse Way, Boston MA 02210-3002 on October ___ 2004 at _____ o'clock and pending the Preliminary Injunction the defendants shall provide the Plaintiff with his original Percocet and Klonapin Prescriptions when he arrived at FMC Devens.

Order/Granted/Denied
_____
Justice/Magistrate

Jeffrey E Simpson
P.O. Box 880
Ayer MA 01432

Jeffrey E Simpson #04494-036
FMC Devens
P.O. Box 880
Ayer MA 01432

Presiding Magistrate/Justice
2300 US Courthouse
One Courthouse Way
Boston MA 02210-3002

Your Honor,

As you can see from my verified Preliminary Injunction I suffer daily from severe back pain and mental suffering due to panic attacks.

Pursuant to F.R.Civ.P. Rule 65(a)(b) I placed a copy of this letter & temporary restraining order in the Interdepartmental mail to Warden Winn, I should not be denied a TRO I have had to endure extreme suffering due to the Defendants deliberate indifference to other medical professionals prescribed treatment.

October 18, 2004

respectfully

CC: Warden Winn (w encl.)