United States District Court
District of Massachusetts

Jeffrey [Simpson]                 ) Civil No. 04-40216-RWZ
                                  )
         vs.                      )
                                  )
David L. [Winn et al]

Motion to Dismiss Civil Action And
Motion to Quash Motion to Proceed without
Prepayment of Filing Fee

The Plaintiff Filed for a Preliminary Injunction in this Court District Judge RYA W. Zobel Order Stated the Plaintiff was required to pay $10.00 Initial Fee the Plaintiff Filed A Motion to Waive the Initial Fee on November 3, 2004 And Now Moves to Quash or Withdraw this Motion And Also Moves for A Voluntary Dismissal of this Action (04-40216-RWZ) For the Following Reason:

1) The Plaintiff has learned he will be transferred to a Different Institution therefore His Claim Against Named _ _ _ _

(1 of 2)
11-16-04

Individuals at F.M.C. Devens named in the complaint will become moot.

WHEREFORE, the Plaintiff requests this Honorable Court to quash his motion for Waiver of Initial Filing Fee, and dismiss this Action without Prejudice.

I Jeffrey E. Simpson swear under Penalty of Perjury the forgoing is true base on my knowledge and belief

November 16, 2004

Jeffrey E Simpson #04594-036
F.M.C. Devens
P.O. Box 880
Ayer MA 01432

(2 of 2)
11-16-04