United States District Court
District of Massachusetts

Jeffrey E. Simpson ) Case No. 04-40216-RWZ
Plaintiff )
)
vs. ) Motion to Reopen Case
)
David L. Winn, Warden et al., )
Defendants )

The Plaintiff, Jeffrey E. Simpson moved for a voluntary dismissal by motion to this court stating "the Plaintiff had anticipated a transfer and therefore his pleading would become moot.

The above said motion was granted by R/A W. Zobel and the case was subsequently closed.

The Plaintiff has not been transferred and hereby requests this court to reopen Case No. 04-40216-RWZ in order that the Plaintiff may seek relief from irrepairable harm.

January 6, 2005

_____
Jeffrey E. Simpson
#04394-036
F.M.C. Devens
P.O. Box 880
Ayer MA. 01432