SCANNED
DATE: 1-20-05
BY: amb

Jeffrey E. Simpson
#04394-036
F.M.C. Devens
P.O. Box 880
Ayer MA. 01432

FILED
IN CLERKS OFFICE
2005 JAN 19 P 2:57
U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk of Court
U.S. District Court
One Courthouse Way
Boston MA. 02210

January 16, 2005

Re: 04-40216-RWZ

Dear Clerk,

I need Summons forms made out to:
Howard HAAS MD.
S. Thompson MD.
United State of America

I also need one (form USM-285) and if available two waiver of service forms
Thank you for your time

CC: file

P.S.
I have a motion pending to reopen this case