United States District Court
District of Massachusetts

Jeffrey E. Simpson            ) Case No. 04-40216-RWZ
    Plaintiff                 )
                              )
    Vs.                       ) Motion for
                              ) Preliminary Injunction
                              )
United States of America,     )
Howard Haas MD.               )
S. Thompson MD.               )
David L Winn                  )
          Defendants          )

The Plaintiff repeats and incorporates by reference the averments contained in the Plaintiff's Verified Complaint and Affidavit and further says that:

Pursuant to the Plaintiff's Memorandum of Law and where the Plaintiff continues to suffer irreparable harm the Plaintiff as a matter of law is entitled to a Preliminary Injunction.

WHEREFORE, the Plaintiff prays this Court to order the defendants to provide the Plaintiff 5 mg. of Clonazepam Daily.

_____          _____
January 30, 2005                 Jeffrey E. Simpson #04798-036
    Dated