United States District Court
District of Massachusetts

Jeffrey E. Simpson ) Case No. 04-40216-NZ
    Plaintiff )
    Vs. ) Affidavit of
  ) Jeffrey E. Simpson
United States of America, )
Howard Haas MD, )
S. Thompson MD, )
David L. Winn )
    Defendants )

FILED IN CLERKS OFFICE
2005 FEB -8 P 12: 43
U.S. DISTRICT COURT
DISTRICT OF MASS

I Jeffrey E. Simpson depose on oath as follows:

1. I am a federal prisoner confined at Federal Medical Center in Ayer Massachusetts.

2. I suffer from several severe panic attacks weekly e.g. choking sensation, rapid heart rate, difficulty breathing, etc.

3. I was prescribed 5 mg. of Clonazepam a day to control my panic disorder while confined at the Norse State Prison prior to being transferred to Devens.

(Affidavit 1)

4. I cannot function normally without Clonazepam Medication.

5. Devens Medical Staff are aware that the Alternative Medications are ineffective and do not control my Panic Attacks or allow me to function normally.

6. I am a indigent Prisoner my total assets are $6.42 I am not employed.

7. I have placed a copy of this Affidavit and Temporary Restraining Order in the Interdepartment Mail Addressed to David L. Winn.

I Jeffrey E. Simpson Swear under Penalty of Perjury the Foregoing Statements are true based upon my Knowledge and belief.

Dated January 30, 2005

Jeffrey E. Simpson
#04394-036
F.M.C. Devens
P.O. Box 880
Ayer MA. 01432