United States District Court
District of Massachusetts

Jeffrey E. Simpson )
            Plaintiff )
                              )   Case No. 04-40216-RWZ
Vs.                     )
                              )
David L. Winn et. Als. )
            Defendants )

FILED
CLERKS OFFICE
2005 MAR 21  P 3: 00
U.S. DISTRICT COURT
DISTRICT OF MASS

## Motion For Enlargement of Time

The Plaintiff, Jeffrey E. Simpson Moves this honorable Court to Enlarge the time for Which the Plaintiff must Effect Service upon the Defendants Pursuant to Local Rule 4.1 for the following Reasons:

1. This Case has been reopened And the Plaintiff is now uncertain of the Amount of time he has to Serve the Defendants.

2. The Plaintiff has been transferred to A different Correctional Facility And Must Amend his Complaint in order to State A Cognizable Claim.

WHEREFORE, the Plaintiff Prays this Court Enlarge the time for the Plaintiff to Serve the defendants until June 15, 2005.

March 16, 2005

                                                    Jeffrey E. Simpson
                                                    #04394-036
                                                    U.S.P. Allenwood
                                                    P.O. Box 3000
                                                    White Deer PA. 17887