United States District Court
District of Massachusetts

FILED
CLERKS OFFICE
2005 APR 13 P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS

Jeffrey E. Simpson )
   Plaintiff )   Case No. 04-40216-RWZ
vs. )
   )   Motion for Order for Clerk to
David L. Winn et als, )   Provide Summons Forms
   Defendants )

The Plaintiff has submitted 3 written requests to the Clerks Office for Summons Forms bearing the Court's seal.

The Plaintiff cannot serve the Defendants without Summons Forms.

The Plaintiff requires Summons Forms for the following:
1. United States of America; 2. Federal Bureau of Prisons; 3. Troy Williamson; 4. Dr. Sarazin MD.

WHEREFORE, the Plaintiff requests this Court Order the above indicated Summons Forms forwarded to the Plaintiff.

April 10, 2005

Jeffrey E. Simpson
#04394-036
U.S.P.-Allenwood
P.O. Box 3000
White Deer PA 17887