United States District Court
District of Massachusetts

2005 MAY -2 P 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS

Jeffrey E. Simpson          )
         Plaintiff          )
                            )
Vs.                         ) Case No CV-04-40216-RWZ
                            )
                            )
The United States of America )
et als                      )
         Defendants         )
                            )

## Motion to Compel

Now COMES, Jeffrey E. Simpson (Plaintiff) And Moves this Court to Issue the Plaintiff A Summons Form Bearing the Courts Seal, In order that the Plaintiff Can Serve the U.S. Attorney

WHEREFORE - the Plaintiff Prays this Court Grant this Motion

April 28, 2005

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer Pa 17887

Kenneth Rolfe, Pro Se
    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner Social
Security Admin.

FILED
CLERKS OFFICE
2005 MAY -2 P 1:08
U.S. DISTRICT COURT
DISTRICT OF MASS

civil action #
04-12556-RWZ

To the parties involved,

    I am writing this letter to propose a comprimise in my civil case against Social Security. The main reason for this request is the fact that I do not have the resourses that the defendant has to prepare for, and get a fair trial. I can barely afford to make copies of all the documents and to pay for postage that is involved. I do not have staff workers that can go through the piles of documents associated with this case. And, I don't understand a lot of the legal terms in the documents. It seems like it's meant to confuse average people.

    I am asking for the same offer that ~~ALJ~~ A.L.J. Thomas Fallon offered on page 681 of the court transcript. Which is the S.S.I. portion of the claim from December 2002. I would then be forfeiting the entire S.S.D.I. portion of my claim, and the S.S.I. portion from the application date of of December 5, 2000 to the above date of Decemeber 2002.

This is a significant portion of my claim and would leave me barely enough to live on - "694⁰⁰ a month."

The main reason I turned this offer down when the ALJ first made it, is because no one involved, including the ALJ or my Lawyer informed me on how much money SSI involves. How could I make a decision so crucial to my very survival without even knowing how much money I would have to live on? I think it would be foolish for someone to accept an offer when they weren't even informed what it involved.

I do believe I have a good case. As my previous lawyer stated in my attempt to appeal to Social Securities own "Appeals Council" (which by the way didn't even review my claim after previously ramanding it back to the same ALJ for insufficient evidence in my first hearing. This alone raises ethical questions). The ALJ gave more weight to a non-treating physician than to my own treating physisicians. The ALJ ignored evidence given by state agency reports. The ALJ failed to consider all of my medical conditions. There are also mistakes and/or untruths in the ALJ's report.

I am asking that the defendant respond to this request by June 15

As I understand it, I have until August 9, "05" to submit a brief. As I stated earlier in this letter, this whole process is to complicated and costly for me. So I will have to hire an attorney well before the above date to prepare for a trial. In order for me to feel like I'm getting fair representation I will have to hire an attorney that will undoubtedly charge a substantial fee. This would probably raise the stakes as far as a compromise is concerned.

Respectfully,

Kenneth Rolfe
"US Navy Veteran"