United States District Court
District of Massachusetts

Jeffrey E. Simpson,           ) Case No. 04-40216-RWZ
          Plaintiff           ) Motion to Amend
                              ) Caption & Request
     vs.                      ) For A Copy of Docket
                              ) Entries At Courts
David L. Winn et al           ) Expense.
          Defendants          )

   The Plaintiff moves this Court to Order all subsequent docket entries to substitute The United States of America and Troy Williamson and delete David L Winn from the Caption on Ground he is no longer a defendant.
   Second the Plaintiff has been found Indigent by this Court, and requires a copy of the Docket Entries to determine several key factors in Prosecuting his Claim.
   WHEREFORE, Plaintiff Prays the Court Grant this Motion

   MAY 22, 2005

                              Jeffrey E. Simpson
                              #04394-036
                              U.S.P. Allenwood
                              P.O. Box 3000
                              White Deer Pa. 17887