## U.S. Department of Justice
### United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

2 of 5

| | |
|---|---|
| PLAINTIFF: Jeffrey E. Simpson | COURT CASE NUMBER: 04-CU-40216-RWZ |
| DEFENDANT: United States of America | TYPE OF PROCESS: Service of Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Attorney General of the United States of America

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Department of Justice - 950 Pennsylvania Ave NW Washington DC (20530)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey E Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 Summons 1 Complaint |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All...)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): _[name]_
C. Date of Delivery: MAY 23 2005
D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0004 1359 3228

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

2005 MAY 16 A
U.S. MARSHAL
BOSTON
RECEIVED

TELEPHONE NUMBER   DATE 5-09-05

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk: _[signature] Valencia_   Date: 5/14/05

...ed as shown in "Remarks", the process described
...rporation, etc., shown at the address inserted below.

☐ named above (See remarks below)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| ...al Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

Cert. Mail ↗ 5/23/05

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: ATTORNEY GENERAL OF US
Street, or PO: DEPARTMENT OF JUSTICE
City, S: 950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

7002 0510 0004 1359 3228

# UNITED STATES DISTRICT COURT

Jeffrey E. Simpson            District of    Massachusetts

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-cv-40216-RWZ

United States of America

TO: (Name and address of Defendant)

United States of America
c/o Attorney General of the United States of America
Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530

United States Attorney
One Courthouse Way
Boston MA. 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  4/14/05