# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

1 of 5

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeffrey E. Simpson | CV-04-40216-RWZ |
| DEFENDANT | TYPE OF PROCESS |
| United States of America et Al. | Summons And Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
United States Courthouse, 1 Courthouse Way, Boston MA 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA 17887

| Number of process to be served with this Form - 285 | 1 Summons 1 Complaint |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. MARSHAL SERVICE RECEIVED 2005 MAY 6 A

Date: 04-29-05

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY'S OFFICE
1 COURTHOUSE WAY
US COURTHOUSE, S-9200 9TH FL.
BOSTON, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☑ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0004 1359 3235

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0004 1359 3235

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To
Street, Apt or PO Box: U.S. ATTORNEY'S OFFICE, 1 COURTHOUSE WAY
City, State: US COURTHOUSE, S-9200 9TH FL., BOSTON, MA 02210

---

Deputy or Clerk: [signature] lauren
Date: 5/18/05

shown in "Remarks", the process described ation, etc., shown at the address inserted below.

ed above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

7/18/05

K OF THE COURT                          FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

Jeffrey E. Simpson            District of   Massachusetts

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-CV-40216-RWZ

United States of America et Al

TO: (Name and address of Defendant)

United States of America
c/o Attorney General of the United States of America
Department of Justice
950 Pennsylvania Avenue NW
Washington D.C. 20530

United States Attorney
One Courthouse Way
Boston MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                 4/14/05
CLERK                                             DATE

(By) DEPUTY CLERK