**U.S. Department of Justice**
**United States Marshals Service**

4 of 5

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeffrey E. Simpson | 04-CV-40216-RWZ |
| DEFENDANT | TYPE OF PROCESS |
| Troy Williamson | Service of Complaint |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Troy Williamson

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

U.S.P. Allenwood, P.O. Box 3000, White Deer PA 17887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887

| Number of process to be served with this Form - 285 | 1 Summons 1 Complaint |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

2005 MAY -6 A 7:38    RECEIVED MARSHAL SERVICE BOSTON, MA

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 4-29-05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk Nancy Salamaca | Date 5/19/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

Cert. Mail 5/19/05

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0004 1359 4935

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: TROY WILLIAMSON
Street, Apt or PO Box: U.S.P. ALLENWOOD   P.O. BOX 3000
City, State: WHITE DEER, PA 17887

al Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

K OF THE COURT    FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

Jeffrey E. Simpson          District of     Massachusetts

V.

United States of America et Al
Troy Williamson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-CV-40216-RWZ

TO: (Name and address of Defendant)

Troy Williamson
U.S.P. Allenwood
P.O. Box 3000
White Deer Pa. 17887

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer Pa. 17887

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   4/14/05
CLERK                                               DATE

(By) DEPUTY CLERK