3 of 5

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeffrey E. Simpson | 04-CV-40216-RWZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Federal Bureau of Prisons | Source of Complaint |

| **SERVE** ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Federal Bureau of Prisons |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| **AT** | 320 First St. NW, Washington D.C. 20001 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Jeffrey E. Simpson #04394-036<br>U.S.P. Allenwood<br>P.O. Box 3000<br>White Deer Pa. 17887 | Number of process to be served with this Form - 285: 1 Summons 1 Complaint<br><br>Number of parties to be served in this case: 4<br><br>Check for service on U.S.A. |

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 MAY -6 A 11:38

...TIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All

Fold

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FEDERAL BUREAU OF PRISONS
320 FIRST ST. NW
WASHINGTON. DC 20001

2. Article Number
(Transfer from service label)   7002 0510 0004 1359 4546

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PHONE NUMBER    DATE
4-29-05

T WRITE BELOW THIS LINE

MS Deputy or Clerk    Date
5/17/05

as shown in "Remarks", the process described
ation, etc., shown at the address inserted below.

ed above (See remarks below)

A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am |
|---|---|---|
| | | pm |

Signature of U.S. Marshal or Deputy

| Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|
| | | | |

Mailed RR 5/23/05

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0510 0004 1359 4546

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| **Total Post** | | |

Sent To
FEDERAL BUREAU OF PRISONS
Street, Apt. 320 FIRST ST. NW
or PO Box
City, State, WASHINGTON, DC 20001

.K OF THE COURT

FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

Jeffrey E. Simpson          District of     Massachussetts

**SUMMONS IN A CIVIL CASE**

V.

United States of America et al          CASE NUMBER: 04-cv-40216-RW2

Bureau of Prisons et al

TO: (Name and address of Defendant)

Bureau of Prisons Central Office
320 First St. NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer Pa. 17887

an answer to the complaint which is herewith served upon you, within ____ 20 ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

_____          _____
CLERK          DATE

(By) DEPUTY CLERK