**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeffrey E. Simpson | 04-CV-40216-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dr. Sarazin MD | Service of Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Sarazin MD

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Springfield Federal Medical Center, Springfield Missouri

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA 17887

Number of process to be served with this Form - 285: 1 Summons 1 Complaint
Number of parties to be served in this case: 4

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DR. SARAZIN MD
SPRINGFIELD FEDERAL MED CENTER
PO BOX 4000
SPRINGFIELD, MISSOURI 65808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery MAY 2 3 2005
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0004 1359 4553

PS Form ... Domestic Return Receipt   102595-02-M-1540

**RECEIVED U.S. MARSHAL SERVICE BOSTON, MA  2005 MAY -6 A F 38**

DATE 4-29-05

SMS Deputy or Clerk [signature]   Date 5/17/05

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: DR. SARAZIN MD
Street, Apt or PO Box: PO BOX 4000
City, State: SPRINGFIELD, MISSOURI 65808

7002 0510 0004 1359 4553

---

by Cert. Mail # 5/23/05

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

Service Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED

# UNITED STATES DISTRICT COURT

Jeffrey E. Simpson          District of  Massachusetts

**SUMMONS IN A CIVIL CASE**

V.

United States of America et Al          CASE NUMBER: 04-cv-40216-RWZ

TO: (Name and address of Defendant)

Dr. Sarazin MD
Springfield Federal Medical Center, P.O. Box 4000
Springfield Missouri 65808

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Simpson #04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer Pa. 17887

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    4/14/05

CLERK                                 DATE

(By) DEPUTY CLERK