United States District Court
District of Massachusetts

Jeffrey E. Simpson  ) Case No.
Plaintiff           ) CV-04-40216-RWZ
                    )
Vs.                 )
                    )
                    )
United States of America et Al )
        defendants  )

Motion For Enlargement of Time

NOW COMES, Jeffrey E. Simpson, Plaintiff Pro Se, And Moves this Court for An Enlargement of time to serve the defendants An Additional 60 Days Until August 15, 2005, Circumstances have Caused difficulty and delay of service.

WHEREFORE, the Plaintiff Prays this Court Grant this Motion

May 26, 2005

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887