United States District Court
District of Massachusetts

Jeffrey E. Simpson            )
                Plaintiff     ) Case # CV-04-40216-RWZ
        vs                    )
                              )
United States of America      )
et. als.                      )
                Defendants    )

Motion for Temporary Restraining Order and Preliminary Injunction

NOW COMES, Jeffrey E. Simpson, (herein after the Plaintiff), and Moves this Court to Grant this Motion and Attached Temporary Restraining Order, and Order for Preliminary Injunction for the Reasons and Circumstances, infra.

The Plaintiff was confined at the Maine State Prison, where he was treated for various Mental Health Disorders, See, (Complaint, Case History Dated April 6, 2005) and was Prescribed 5 mg. of Clonazepam Daily.

The Plaintiff was subsequently transferred into the Federal Bureau of Prisons after being sentenced, and upon the Plaintiff's arrival at Federal Medical Center Devens in Ayer Massachussets, Mental Health Care Practitioners made an uninformed decision to

(2)

Discontinue the Plaintiff's Clonazepam Medication.

This decision was not based upon tests or Medical Records, See (Complaint Paragraphs 7-10).

Bureau of Prison's (Hereinafter BOP) Mental Health Staff explained that their Policy did not allow them to Prescribe Clonazepam.

The Plaintiff began to experience <u>severe</u> Panic attacks after His Clonazepam Medication was discontinued.

(3)

The BOP Mental Health Staff have attemted various Alternative Medications without any beneficial effect in treating the Plaintiff's serious and debilitating Panic Disorder See, e.g. (Complaint ¶ 11).

The Plaintiff was subsequently transfered to U.S.P. Allenwood in Pennsylvania and has met the same resistance and refusal to provide neccessary medication.

### Argument

Upon attached and Supporting Memorandum of Law, the Defendant's

(4)

Failure to Provide <u>Neccessary</u>, Medication for a serious and debilitating Mental Health disorder is clearly unconstitutional, continues to cause physical pain and mental suffering and places the Plaintiff in danger of assault from other prisoners, not to mention possible disciplinary action for missing a work assignment.

The Plaintiff can not function with any semblance of normalcy without being provided with daily Clonazepam medication

(5)

The defendants denial of neccessary medication violates the Plaintiff's right to Medical and Mental Health Care, which is Gauranteed under the eighth Amendment of the United States Constitution.

The defendants ban on neccessary medication is unlawful and unreasonable this medication was Prescribed by sound Mental Health Care Practitioners after approximatly on year of treatment, the defendants on the other hand acted without records or any tests.

(6)

WHEREFORE, the Plaintiff prays this Court Grant this Motion and Attached Orders Subsequent to reviewing Supporting; Memorandum of Law, Verified Complaint and Affidavit and:

ORDERS, the defendants Dr. Sarazin MD. and Troy Williamson to Provide the Plaintiff 5mg of Clonazepam Daily.

MAY 31, 2005

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA 17887

United States District Court
District of Massachusetts

Jeffrey E. Simpson            ) CV-04-40216-RWZ
                              )
       V.                     )
                              )
                              )
United States of America et al,.)

Certificate of Service

I certify that on May 31, 2005 I mailed a copy of this Motion, Proposed order and brief to:

    U.S. Attorney's Office
    1 Courthouse Way
    U.S. Courthouse S-9200 9th floor
    Boston MA 02210

May 31, 2005

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887