United States District Court
District of Massachusetts

Jeffrey E. Simpson  ) Case No. CV-04-40216-RWZ
    Plaintiff  )
                   )
    Vs.  ) Verified Petition, Request
                   ) for Preliminary Injunction
United States of  ) And Temporary Restraining
America et al.,  ) Order
    Defendants  )

NOW COMES, Plaintiff, Jeffrey E. Simpson Pro Se, an Indigent Prisoner and Moves this Court to Issue a Preliminary Injunction and Temporary Restraining order Enjoining the defendants to Provide Payment of Postage for the Plaintiff's Legal Correspondence for the reasons and circumstances averred infra:

### Statement of Facts

1. I Jeffrey E. Simpson at this time have no funds or resources to Pay Postage for Legal Correspondence.

2. I have not been answered in several written requests to various Prison Officials since May 23, 2005 to Present for Payment to Forward my Legal Correspondence.

(1)

3. If this Court does not INTRAVENE AND use its remedial or Injunctive Authority, the Plaintiff will not be able to Proceed with this Action.

## Argument

The Supreme Court of the United States of America has ruled And it is Indisputable that, Prison Officials <u>must</u> Provide Indigent Prisoners Stamps/Postage to Mail legal Papers or Correspondence, See e.g., Bounds v. Smith 430 U.S. At 825, 52 L.Ed. 2d At 81.

WHEREFORE, the Plaintiff Prays the Court Grant this Motion And Proposed Orders.

I Jeffrey E. Simpson Swear Under Penalty of Perjury Pursuant to 28 U.S.C. 1746 the Forgoing is true And Correct.

June 2, 2005

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA 17887

(2)

United States District Court
District of Massachusetts

Jeffrey E. Simpson )
    Plaintiff ) Case No. CV-04-40216-RWZ
)
Vs. )
) Certificate of Service
United States of )
America et Al., )
    Defendants )
)

I Jeffrey E. Simpson swear pursuant to 28 U.S.C. 1746 I mailed Copie(s) of the Verified Petition, Request for Preliminary Injunction And Attachments Pre-Paid Via the U.S. Postal Service on the 2nd Day of June 2005 And Served upon:

    U.S. Attorneys Office
    1 Courthouse Way
    U.S. Courthouse S-9200 9th Floor
    Boston MA 02210

June 2, 2005

    Jeffrey E. Simpson
    #04394-036
    U.S.P. Allenwood
    P.O. Box 3000
    White Deer Pa. 17887