United States District Court
District of Massachusetts

Jeffrey E. Simpson  )  Case No. CV-04-40216-RWZ
    Plaintiff  )
Vs.  )  Motion for Leave to File an
  )  Amended Complaint.
United States of America et Al.,  )
    defendants  )

NOW COMES, Pro Se Plaintiff, Jeffrey E Simpson and Moves this Court to Grant Leave to File the Attached Amended Complaint, It is necessary to add <u>two</u> parties to the Complaint which now states a Claim for Monetary damages where before this amendment had only sought Injunctive relief.

The Plaintiff was required to exhaust Administrative remedies and wait for an answer to his federal tort Claim notice prior to bringing a Claim for Monetary Damages, this Amendment is neccessary to state a Cognizable Claim for Monetary relief.

WHEREFORE, the Plaintiff Prays the Court Grant Leave to File this Attatched And Amended Complaint.

June 8, 2005

                               _Jeffrey E Simpson_
                               Jeffrey E. Simpson
                               #04394-036
                               U.S.P. Allenwood
                               P.O. Box 3000
                               White Deer PA. 17887

I certify that on  June 14, 2005  (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

Office of the United States Attorney
United States Courthouse S-9200 9th Floor
One Courthouse Way
Boston MA 02210

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on  June 14, 2005  (date) for forwarding to the Court ~~of Appeals~~. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated:  June 14, 2005