UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40216-RWZ

JEFFREY C. SIMPSON

v.

DAVID L. WINN, WARDEN, et al.

ORDER

July 6, 2005

ZOBEL, D.J.

Plaintiff, while an inmate at FMC Devens, filed complaint on October 22, 2004 against defendants "Warden David L. Winn; Dr. Fletcher, Mental Health Administrator; Dr. Haas, psychiatrist; and Dr. Harvey, Medical Doctor." They were never served. Apparently plaintiff was transferred to FCI Allenwood after he commenced this action and, on May 26, 2005, he moved "to amend the caption and request for docket." By that motion he asked to "substitute the United States of America and Troy Williamson and delete David Winn from the caption on ground he is no longer a defendant." On the same day, the U.S. Marshal filed returns of service on the Attorney General of the United States, the United States Attorney in Boston, Troy Williamson, Federal Bureau of Prisons in Washington, DC, and Dr. Sarazin at the Springfield Federal Medical Center. Plaintiff complains that he has not been receiving certain medication he needs to counteract pain and panic attacks.

The matter is before me on plaintiff's motion for a preliminary injunction against Dr. Sarazin and Troy Williamson "to provide the plaintiff 5 mg of Clonazepam daily."

The motion is denied as the pleadings are hopelessly confused. Dr. Sarazin was served, but he is not named as a defendant. Troy Williamson was substituted as a defendant, but the complaint, which predates his arrival in the case, says nothing about him. David Winn has been dismissed, but Doctors Fletcher, Haas and Harvey are still in the case, although they were never served. If plaintiff wishes to proceed with this law suit, he shall file an amended complaint that sets forth a concise statement of his claims against each defendant. He shall also serve that complaint on each defendant and file a certificate of service. Any amended complaint shall be filed on or before July 29, 2005, or the case will be dismissed.

July 6, 2005
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT COURT