United States District Court
District of Massachusetts

Jeffrey E. Simpson  ) Case No. CV-04-40216-RWZ
   Plaintiff )
 ) Motion For Denovo Review
vs. ) of Motion for Preliminary
 ) Injunction
 )
David L. Winn, et. Al. )
   Defendants )

NOW COMES Pro Se Plaintiff, Jeffrey E. Simpson and hereby requests a Denovo Review and Consideration of the Plaintiff's Motion for Preliminary Injunction and Attatched Memorandum of Law.

## Case History

Plaintiff while an inmate at FMC Devens, filed a Complaint on October 22, 2004 against Defendants "Warden David L. Winn; Dr. Fletcher; Dr. Haas and Dr. Harvey." They were never served.

The Plaintiff was transferred to U.S.P. Allenwood and on May 26, 2005 he Moved "to Amend the Caption and request the docket entries". By that motion he asked to "Substitute the United States of America and Troy Williamson and delete David L. Winn from the caption on the ground he is no longer a defendant."

(1)

On the same day, the U.S. Marshall filed returns of service on the Attorney General of the United States, the U.S. Attorney in Boston, Troy Williamson, Federal Bureau of Prisons in Washington D.C. and Dr. Sarazin at the Springfield Medical Center. The Plaintiff's complaint alleged that he had not been recieving certain medications he needs to counter-act panic attacks.

The matter of the Plaintiff's motion for Preliminary Injunction against Dr. Sarazin and Troy Williamson "to provide the Plaintiff 5 mg. of Clonazepam daily was before Justice Rya W. Zobel on July 6, 2005. Justice Rya W. Zobel found that the motion must be denied by reason that the pleadings were hopelessly confused and allthough Dr. Sarazin was served he was not named as a defendant. Troy Williamson was as a defendant, but the complaint which predates his arrival in the case says nothing about him.

### Request for DeNovo Review

The Plaintiff requests a de novo review pursuant to F.R.C.P. Rule 60 by reason that the Court somehow overlooked the Plaintiff's amended complaint dated April 6, 2005.

(2)

The April 6, 2005 Amended Complaint was mailed to this Court on April 27, 2005 and this is the Complaint that was served upon Troy Williamson and Dr. Sarazin as well as The Attorney General; the U.S. Attorney and The Federal Bureau of Prisons on which to U.S. Marshal filed returns of Service on May 26, 2005

However subsequent to Justice RYA W. Zobel's July 6, 2005 order, the Plaintiff has again and in compliance with Justice Zobel's order filed an Amended Complaint and Certificates of Service upon Dr. Sarazin; Troy Williamson; The Attorney General; The U.S. Attorney and the Federal Bureau of Prisons. Allthough these individuals were served with an Amended Complaint; Motion for Preliminary Injunction and Memorandum of Law they have elected not to answer any of these pleadings, thus leaving the Plaintiff outside the reach of Remedial relief. In this final Amended Complaint, the Plaintiff has again named David L. Winn and the other Defendants at FMC Devens. The reason these Defendants were deleted from the Complaint subsequent

(3)

To the Plaintiff's transfer to U.S.P. Allenwood was such that they could not be held to a Judgement for Injuctive or remedial relief by reason that the Plaintiff was no longer under their Care. Now the Plaintiff has again Named Howard Haas; S. Thompson; Dr. Fletcher and David L. Winn In the Instant Amended Complaint Seeking olny Monetary relief by reason that the Plaintiff could not formerly seek monetary relief until he met the requirements of the Prison Litagation Reform Act and the Federal Tort Claims Act, Such as Exhausting Administrative remedies And Allowing 6 Months for An Answer to his Tort Claim Notice.

The Plaintiff is now Awaiting the Clerks office to Provide Summons forms So that the Plaintiff can have the U.S. Marshall serve these defendants.

The Plaintiff has Incorperated In the Attatched And Proposed Order to this Motion An Enlargement of time to Serve these Defendants.

The Plaintiff has served All Parties from whom Any Injunction could be so Adjudged.

(4)

The Plaintiff concedes that by reason of his unlettered attempt at litigating this action have caused undue confusion which were brought about by circumstances such as transfers and addition or deleting of parties and as a result of the Plaintiff's attempts to follow proper procedure and correct his pleadings have made the pleadings become jumbled and for this the Plaintiff humbely apologizes to this Court.

The Plaintiff has placed the parties upon which injunctive relief may be sought on notice and they have not responded.

The Plaintiff requests this honorable Court pursuant to 28 U.S.C. Section 1651 to utilize its broad remedial powers and issue an order for imediate injunctive relief consistant with that prayed for in the Plaintiff's motion for Preliminary Injunction.

WHEREFORE, Plaintiff prays this Court grant this Motion.

July 18, 2005                   Respectfully Submitted  /s/ Jeffry E. S____
                                Jeffry E. Simpson
                                #04394-036
                                U.S.P. Allenwood
                                P.O. Box 3000
                                White Deer Pa. 17887

(5)

United States District Court
District of Massachusetts

Jeffrey E. Simpson )  Case No. CV-04-40216-RWZ
         Plaintiff )
                   )
Vs.                )
                   )  ORDER
                   )
David L. Winn, et al )
         Defendants )

Upon Consideration and DeNovo Review of the Plaintiff's Motion for Preliminary Injunction and Memorandum of Law that Motion is GRANTED.

Defendants Dr. Sarazio MD., Troy Williamson, the United States of America, their Officials, Officers, Agents, Attorneys, Employees and all others acting in Participation or Concern with them Shall Immediately Provide the Plaintiff Five Milligrams of Clonazepam Medication, Neccessary to Control his Panic Disorder.

It is Further Ordered, that the time for which the Plaintiff must Serve Defendants: Howard Haas; S. Thompson; Dr. Fletcher and David L. Winn is Extended until September 20, 2005 by said time the Plaintiff Shall Serve the Amended Complaint upon said individuals, the Clerks office Shall Forthwith Forward Four Summons Forms bearing the Courts Seal to the Plaintiff.

Dated _____

_____
Rya W. Zobel
United States District Judge

United States District Court
District of Massachusetts

Jeffrey E. Simpson         ) Case No CV-04-40216-RWZ
    Plaintiff              )
                           )
    vs.                    )   Certificate of Service
                           )
David L. Winn, et al.      )
    Defendants             )

I Jeffrey E. Simpson Declare under Penalty of Perjury Pursuant to 28 U.S.C. Sec 1746 I Mailed a copy of the Motion for Denovo Review Pre-Paid this day via the U.S. Postal Service mailed to:

United States Attorney
United States Courthouse Suite 9200
One Courthouse Way
Boston MA 02210

Please enter Service on the Court docket.
                               thank you,

July 18, 2005
                               _____
                               Jeffrey E. Simpson
                               #04394-036
                               U.S.P. Allenwood
                               P.O. Box 3000
                               White Deer PA. 17887