United States District Court
District of Massachusetts

Jeffrey E. Simpson  )  Case No. CV-04-40216-RWZ
    Plaintiff  )
  Vs.  )  Motion for Default
                                 )  and
United States of America, et al  )  Verified Statement
    Defendants  )

NOW COMES Jeffrey E. Simpson, Plaintiff Pro Se And Moves this Court to order default Judgement Against Defendants, United States of America; Troy Williamson; Federal Bureau of Prisons And Dr. Sarazin MD Joint and Severally for $100,000.00.

Order $100,000.00 Punitive damages Against Troy Williamson And Dr. Sarazin MD Separately.

Order All above defendants <u>forthwith</u> to Provide Five Milligrams of Clonazepam Medication Daily to the Plaintiff.

Order Any further relief this Court Finds to be Equitable And Just.

(1)

The Plaintiff is entitled to the above Judgements as a matter of Law each defendant was served a copy of the Amended Complaint on July 18, 2005 via the U.S. Mail this Amended Complaint Bears a date of July 16, 2005 and Signature of Plaintiff's attestment under Penalty of Perjury.

The Venue in this case was Properly Layed a Substatial Amount of the initial events took Place in Ayer Massachusetts.

The Defendants are not "Soldiers" or "Sailors" or Persons in Military Service as defined in Article I of the "Soldiers and Sailors Civil relief Act".

WHEREFORE the Plaintiff Prays the Court Grant this Motion.

I Jeffrey E. Simpson swear under Penalty of Perjury and Pursuant to 28 U.S.C. §1746 the foregoing is true based upon my knowledge and belief.

August 29, 2005

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA 17887

(2)

United States District Court
District of Massachusetts

Jeffrey E. Simpson ) Case No. CV-04-40216-RWZ
Plaintiff )
)
Vs. ) Certificate of Service
)
United States of America, et al )
Defendants )

I Jeffrey E. Simpson swear Pursuant to 28 U.S.C. §1746 I mailed copies of this Motion for Default Postage Pre Paid via the U.S. Mail to:

| Dr Sarazin MD<br>Springfield Fed Med Center<br>P.O. Box 4000<br>Springfield Missouri 65808 | Troy Williamson<br>U.S.P. Allenwood<br>P.O. Box 3000<br>White Deer PA 17887 | Federal Bureau of Prisons<br>320 First St NW<br>Washington DC 20001 |

| US Attorney General<br>950 Pennsylvania Ave NW<br>Washington DC 20530 | U.S. Attorney's Office<br>1 Courthouse Way<br>U.S. Courthouse, S-9200 9th Fl.<br>Boston MA 02210 |

August 29, 2005

/s/ E. S.
Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA 17887

United States District Court
District of Massachusetts

Jeffrey E. Simpson
    Plaintiff

vs.

United States of America, et al
    Defendants

Case No. CV-04-40216-RWZ

ORDER

Upon consideration of the Plaintiff's Motion for default that motion is GRANTED, the Defendants shall forthwith provide the Plaintiff five milligrams of Clonazepam daily and pay all judgements entered in default against them as requested in the July 16, 2005 complaint.

Date_____

_____
Justice Rya W. Zobel

(3)