Jeffrey E Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887

RYA W. Zobel
U.S. District Court
One Courthouse Way
Boston MA 02210                    September 13, 2005

    RE: Simpson v Winn, et al
    Docket: CV-04-40216-RWZ

  Your Honor,

    I have been attempting to get an injunction in this Court since last October, I filed a Motion to Amend & a request for a copy of the docket entries in this Court. You granted this Motion on 7-27-05 "I have not received the docket entries. I filed a Motion for DeNovo review of my Petition for Preliminary Injunction on 7-8-05 I have not received your order on this Motion.
    Would you please direct the Clerk to forward a recent copy of the docket entries so I can determine if the Court has received my pleadings, I also need 4 or 5 summons forms and an extention of time until November 30, 2005 to serve the remaining defendants in compliance with your July 6, 2005 Order.

(1)

On or about June 17, 2005 I filed a motion for leave to file an amended complaint with proposed attatched complaint (prior to your July 6, 2005 order) After receiving your order I filed an amended complaint bearing a July 16, 2005 date and containing Twelve Pages I need the docket entries to get my bearings straight.

If the Court requires that I must submit a new Motion for Preliminary Injunction please have the Clerk advise me, Just because the defendants refuse to answer my pleadings they should not be rewarded by their inaction while I suffer.

I realize there has been undue confusion but have attempted in good faith to find a remedy in a hopeless position.

Thank you for your very valuable time and attention to this matter.

respectfully submitted,

[signature]

cc: file

(2)