United States District Court
District of Massachusetts

Jeffrey E. Simpson
    Plaintiff

Vs.

United States of America, et. als.
    Defendants

Case No. 04-cv-40216-RWZ

FILED IN CLERKS OFFICE
US COURT OF APPEALS

Voluntary Dismissal Fed. R. Civ. P. Rule 41(a)(1)

NOW COMES Plaintiff Jeffrey E. Simpson and hereby gives official notice that he voluntarily dismisses claims against the following defendants:

    David L. Winn
    S. Thompson MD
    Troy Williamson
    Federal Bureau of Prisons

As for the remaining Defendants the Plaintiff will with due diligence pursue prosecution of claims against the remainder of Defendants.

Dated 11-15-05

Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer Pa. 17887

United States District Court
District of Massachusetts

JEFFREY E. SIMPSON
  Plaintiff

Vs.

United States of America, et al.
  Defendants

Case No. 4:04 CV-40216-RWZ

Certificate of Service

I Jeffrey E. Simpson declare under Penalty of Perjury that I mailed a Prepaid Envelope containing true Copies of the Plaintiff's Notice of Dismissal; Motion for Leave to file an Amended Complaint and Attachments via the United States Postal Service and served on this date upon:

United States Attorney's Office
One Courthouse Way
U.S. Courthouse S-9200 9th floor
Boston Ma. 02210

Dated 11-15-05

Jeffrey E. Simpson
#04394-036
USP-Allenwood
P.O. Box 3000
White Deer Pa. 17887