United States District Court
District of Massachusetts

Jeffrey E. Simpson
    Plaintiff

Vs.

United States of America, et. als
    Defendants

Case No. 4:04-CV-40216-RWZ

Motion for Leave to file Amended Complaint
Fed.R.Civ.P. Rule 15(A)

NOW COMES Plaintiff, Jeffrey E. Simpson Pro Se. And moves this Honorable Court to Grant Leave to File an Amended Complaint (11-14-05) by reasons that the Plaintiff had Previously not invoked the Correct Jurisdictional Statutes And Also the Plaintiff has Contemporaneously with the Filing of this Motion dismissed his Claims Against 4 named Defendants.

The Plaintiff has now invoked Nationwide Jurisdiction over each of the remaining defendants who have not yet answered any Prior Pleading And therefore the defendants will not be Prejudiced in any way by this Proposed Amendment.

WHEREFORE the Plaintiff Prays this Court Allow this Attached Amended Complaint to be Filed in this Court.

Dated 11-15-05

Respectfully Submitted,

Jeffrey L. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887