United States District Court
District of Massachusetts

Jeffrey E. Simpson
          Plaintiff

    Vs.

United States of America, et. al
         Defendants

CASE No. 4:CV-40216-RWZ

## Notice of Voluntary Dismissal Fed.R.Civ.P. Rule 41(a)(1)

NOW COMES Plaintiff, Jeffrey E. Simpson And Hereby Gives Official notice of A Voluntary dismissal in the above Captioned Matter Pursuant to Fed.R.Civ.P. Rule 41(a)(1).

December 17, 2005

Jeffrey E. Simpson
#04394-036
USP - Allenwood
P.O. Box 3000
White Deer Pa. 17887